UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Drennan,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Midland Credit Management, Inc.,<br><br>　　　　　Defendant. | Case No.: 3:17-cv-01217-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Based on the parties' Joint Motion to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the parties' Joint Motion is granted. This case is dismissed with prejudice, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated: November 13, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge